IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Susan Boltz-Rubinstein, | : | CIVIL ACTION |
| | : | NO. 19-4628 |
| Appellant | : | |
| v. | : | |
| | : | |
| Bank of America, N.A., | : | |
| | : | |
| Appellee | : | |

**ORDER**

**AND NOW**, this **13th** day of **January, 2021**, after considering Susan Boltz-Rubinstein's Appeal from the Bankruptcy Court (ECF No. 1) and the parties' briefs (ECF Nos. 5-7, 16, 17), it is hereby **ORDERED** that the decision of the Bankruptcy Court is **AFFIRMED** for the reasons explained in the accompanying memorandum. It is **FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

_/s/ Eduardo C. Robreno_
**EDUARDO C. ROBRENO, J.**